```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - -                    x

UNITED STATES OF AMERICA         :

          - v. -                 :      NOTICE OF INTENT TO
                                        FILE AN INFORMATION
VICTOR RIVERA,                   :

          Defendant.             :

- - - - - - -                    x
```

Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         March    , 2021

                                 AUDREY STRAUSS
                                 United States Attorney

                          By:    _____
                                 David Abramowicz & Tara La Morte
                                 Assistant United States Attorneys

                                 AGREED AND CONSENTED TO:

                          By:    _____
                                 Harlan Protass, Esq.
                                 Attorney for Victor Rivera

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :

        - v. -                  :       NOTICE OF INTENT TO
                                        FILE AN INFORMATION
VICTOR RIVERA,                  :

            Defendant.          :

- - - - - - - - - - - - - - - - x
```

Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         March 22, 2021

                            AUDREY STRAUSS
                            United States Attorney

                    By:     _____
                            David Abramowicz & Tara La Morte
                            Assistant United States Attorneys


                    AGREED AND CONSENTED TO:

                    By:     _____
                            Harlan Protass, Esq.
                            Attorney for Victor Rivera