UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,  :  21-Cr221-____ (SHS)

-v-  :  CONSENT TO PROCEED BY
VIDEOCONFERENCE OR
Victor M. Rivera,  :  TELECONFERENCE

Defendant.  :

-------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

Defendant **Victor M. Rivera** hereby voluntarily consents to participate in the following proceeding via videoconference or teleconference:

✓ Initial Appearance/Appointment of Counsel

✓ Arraignment (if on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature (Judge may obtain
Verbal consent on Record and Sign for Defendant

_____
Defense Counsel's Signature

Victor Rivera
Print Defendant's Name

Harlan Protass
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing and teleconferencing technology.

March 24, 2021
Date

_____
Sidney H. Stein, U.S.D.J.