# Protass Law PLLC

260 Madison Avenue
22nd Floor
New York, NY 10016

T: 212-455-0335
F: 646-607-0760
hprotass@protasslaw.com

August 24, 2021

VIA ECF

**MEMO ENDORSED**

Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   United States v. Victor Rivera, Case No. 21-CR-221 (SHS)

Dear Judge Stein:

As the Court may recall, this firm represents defendant Victor Rivera in the referenced matter. Mr. Rivera self-surrendered and made his initial appearance before this Court on March 24, 2021, at which time he was released principally on a $100,000 Personal Recognizance Bond along with certain travel restrictions. I write today to respectfully request a modification to the terms of Mr. Rivera's pre-trial release. In particular, Mr. Rivera seeks to travel from September 3 to September 7, 2021 to Tallahassee, FL to visit with his sister. Although he has not yet purchased a plane ticket, he will be flying from New York to Tallahassee, FL on September 3, 2021 and will be returning by plane to New York on September 7, 2021. I have spoken with both Assistant United States Attorney David Abramovicz and U.S. Probation Officer Vincent Adam (who advised me that Mr. Rivera has fully complied with all of the terms of his pre-trial release). Neither AUSA Abramovicz nor U.S Probation Officer Adam has any objection to Mr. Rivera's proposed travel as detailed herein.

Accordingly, we respectfully request that this Court enter an Order modifying the conditions of Mr. Rivera's pre-trial release so that he may travel from New York to Tallahassee, FL from September 3 to September 7, 2021 to visit with his sister.

Thank you for your consideration and attention to this matter.

Respectfully submitted,

/s/

Harlan Protass

cc:   David Abramovicz, Esq. (via ECF) Assistant United States Attorney

Vincent Adam (via e-mail) U.S. Probation Officer

Defendant's request to travel as set forth in this letter is granted. He is directed to leave his Florida contact information with USPO Adam.

Dated: New York, New York
August 25, 2021

SO ORDERED:

Sidney H. Stein, U.S.D.J.