

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 18, 2021

**By ECF & Email**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
New York, NY 10007

Re:   **United States v. Victor Rivera**, 21 Cr. 221 (SHS)

Dear Judge Stein:

The Government respectfully requests that the conference scheduled for 4:30 p.m. this Wednesday, October 20, 2021, be adjourned for approximately two weeks. The Government and defense counsel have communicated productively about a potential disposition of this case in recent weeks, but do not expect to reach a final agreement before the October 20 conference. The parties do, however, expect to continue their discussions later this week, and believe that the requested adjournment will facilitate their ability to reach a resolution.

Given the ongoing plea discussions, the Government also requests that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in furtherance of the ends of justice, until the next conference.

The defendant, through counsel, consents to the requested adjournment and exclusion of time.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:  _____/s/_____
   Tara M. La Morte / David Abramowicz
   Assistant United States Attorneys
   (212) 637-1041 / 6525

cc:   Harlan Protass, Esq. (by ECF & email)