

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 18, 2021

**By ECF & Email**          **MEMO ENDORSED**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
New York, NY 10007

Re:   **United States v. Victor Rivera, 21 Cr. 221 (SHS)**

Dear Judge Stein:

The Government respectfully requests that the conference scheduled for 4:30 p.m. this Wednesday, October 20, 2021, be adjourned for approximately two weeks. The Government and defense counsel have communicated productively about a potential disposition of this case in recent weeks, but do not expect to reach a final agreement before the October 20 conference. The parties do, however, expect to continue their discussions later this week, and believe that the requested adjournment will facilitate their ability to reach a resolution.

Given the ongoing plea discussions, the Government also requests that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in furtherance of the ends of justice, until the next conference.

The defendant, through counsel, consents to the requested adjournment and exclusion of time.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   _____/s/_____
Tara M. La Morte / David Abramowicz
Assistant United States Attorneys
(212) 637-1041 / 6525

cc:   Harlan Protass, Esq. (by ECF & email)

**The conference is adjourned to November 3 at 12:00 p.m. The time is excluded from calculation under the Speedy Trial Act from today until November 3, 2021. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. 3161(h)(7)(A).**

Dated: New York, New York
       October 18, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.