# Protass Law PLLC

260 Madison Avenue
22nd Floor
New York, NY 10016

T: 212-455-0335
F: 646-607-0760
hprotass@protasslaw.com

November 1, 2021

VIA ECF

Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

        Re:        United States v. Victor Rivera, Case No. 21-CR-221 (SHS)

Dear Judge Stein:

        As the Court knows, this firm represents defendant Victor Rivera in the referenced matter. I write today to respectfully request a brief adjournment of approximately two weeks for the conference currently scheduled for November 3, 2021 at 12 noon. I have spoken with Assistant United States Attorney David Abramowicz, who has no objection to the instant adjournment request.

        In particular, I have been in intensive discussions with the government concerning the terms of a plea agreement that would resolve the charges against Mr. Rivera in the referenced matter. While we have reached agreement on many of the terms of such an agreement, there are still two issues that remain unresolved – the amount of restitution and the amount of forfeiture for which Mr. Rivera will be responsible if he enters into a plea agreement with the government. We believe that the requested adjournment will provide the parties with the additional time necessary to conclude our discussions concerning those two remaining issues.

        Given the foregoing and per the government's request, Mr. Rivera consents to the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in furtherance of the ends of justice, until the adjourned-to date selected by this Court for the next conference herein.

        Thank you for your consideration and attention to this matter.

Respectfully submitted,

/s/

Harlan Protass

cc:        David Abramovicz, Esq. (via ECF)
            Assistant United States Attorney

            Vincent Adam (via e-mail)
            U.S. Probation Officer