UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,       :       21-Cr-221(SHS)

    -v-                              :       CONSENT TO PROCEED BY
                                                  VIDEOCONFERENCE OR
Victor Rivera,                          :       TELECONFERENCE

          Defendant.                :

-------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    Defendant __Victor Rivera__ hereby voluntarily consents to participate in the following proceeding via videoconference or teleconference:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (if on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_____        _____
Defendant's Signature (Judge may obtain        Defense Counsel's Signature
Verbal consent on Record and Sign for Defendant)

__Victor Rivera__                                __Harlan Protass__
Print Defendant's Name                        Print Defense Counsel's Name


This proceeding was conducted by reliable videoconferencing and teleconferencing technology.

_December 15, 2021_                        _____
Date                                                      Sidney H. Stein, U.S.D.J.