UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA,                :        21-Cr-221 (SHS)

                    -v-                                :        ORDER

VICTOR RIVERA,                                   :

                    Defendant.                    :

--------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        A status conference having been held today via video, with defendant and counsel for all parties participating,

        IT IS HEREBY ORDERED that:

        1.        The proposed jury charges, proposed voir dire, and any motions in limine, are due by March 14, 2022;

        2.        Responses to any motions are due by March 21, 2022;

        3.        There will be a final pretrial conference on March 24, 2022, at 11:00 a.m.;

        4.        The trial is scheduled for April 4, 2022, at 9:30 a.m.

        4.        At the request of the government, and with the consent of the defendant, the Court excludes time from today through April 4, 2022, from calculation under the Speedy Trial Act; and

        5.        The parties should be aware that although the Court is submitting the jury request for this trial to begin on April 4, 2022, the trial date may be rescheduled by the Court's *Ad Hoc* Committee on the Resumption of Jury Trials to another date in the second quarter of 2022. The Court will notify the parties as soon as the second quarter trial calendar has been established for trials at the U.S. Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
        December 15, 2021

                                                    SO ORDERED:

                                                    _____
                                                    Sidney H. Stein, U.S.D.J.