UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA             :

        -v.-                         :

VICTOR RIVERA,                       :

                     Defendant.   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CONSENT PRELIMINARY ORDER OF
FORFEITURE/MONEY JUDGMENT

21 Cr. 221 (SHS)

WHEREAS, on or about March 24, 2021, VICTOR RIVERA (the "defendant") was charged in a one-count Information, 21 Cr. 221 (SHS) (the "Information"), with conspiracy to commit honest services wire fraud, in violation of Title 18, United States Code, Section 1349 (Count One);

WHEREAS, the Information included a forfeiture allegation as to Count One, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28 United States Code, Section 2461(c), of any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offense charged in Count One of the Information, including (i) a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offense charged in Count One of the Information, and (ii) all right, title, and interest in the following specific property: (a) $48,045.72 in funds previously produced by the defendant to his attorney Julia Kuan, Esq. and currently held in his attorney Harlan Protass, Esq.'s escrow account; (b) $4,200 in cash seized from the defendant on January 4, 2021; and (c) $1,500 in cash seized from the defendant on January 20, 2021 (collectively, the "Specific Property").

WHEREAS, on or about December 9, 2021, the defendant pled guilty, pursuant to a plea agreement, to Count One of the Information, and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28 United States Code, Section 2461(c), the Specific Property as well as a sum of money equal to $1,249,158.93 in

United States currency, representing proceeds traceable to the commission of the offense charged in Count One of the Information that the defendant personally obtained;

WHEREAS, the defendant consents to the entry of a money judgment in the amount of $1,249,158.93 in United States currency, representing any and all property, real and personal, that constitutes or is derived from proceeds traceable to the offense charged in Count One of the Information that the defendant personally obtained; and

WHEREAS, the defendant admits that, as a result of acts and/or omissions of the defendant, the proceeds traceable to the offense charged in Count One of the Information that the defendant personally obtained, with the exception of the Specific Property, cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorneys David Abramowicz and Tara La Morte, of counsel, and the defendant, and his counsel, Harlan Protass, Esq., that:

1. As a result of the offense charged in Count One of the Information, a money judgment in the amount of $1,249,158.93 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count One of the Information that the defendant personally obtained, shall be entered against the defendant.

2. As a result of the offense charged in Count One of the Information, all of the defendant's right, title, and interest in the Specific Property is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of Title 21, United States Code, Section 853.

3. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the defendant,

VICTOR RIVERA, upon entry of this Consent Preliminary Order of Forfeiture/Money Judgment, and shall be deemed part of the sentence of the defendant, and shall be included in the judgment of conviction therewith.

4. All payments on the outstanding Money Judgment shall be made by postal money order or bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007, and shall indicate the defendant's name and case number.

5. The United States Marshals Service shall be authorized to deposit the payments on the Money Judgment in the Asset Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, upon entry of this Consent Preliminary Order of Forfeiture/Money Judgment, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate, or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents, and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

8. The Clerk of the Court shall forward three certified copies of this Consent Preliminary Order of Forfeiture/Money Judgment to Assistant United States Attorney Alexander J. Wilson, Co-Chief of the Money Laundering and Transnational Criminal Enterprises Unit, United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

9.  The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____       1/13/2022
DAVID ABRAMOWICZ                          DATE
TARA LA MORTE
Assistant United States Attorneys
One St. Andrew's Plaza
New York, NY 10007
(212) 637-6525 / 1041

VICTOR RIVERA
Defendant

By: _____       2/2/22
VICTOR RIVERA                             DATE

By: _____       2/7/22
HARLAN PROTASS, ESQ.                      DATE
Protass Law PLLC
260 Madison Ave., 22nd Floor
New York, NY 10016
(212) 455-0335

SO ORDERED:

_____            February 7, 2022
THE HONORABLE SIDNEY H. STEIN             DATE
UNITED STATES DISTRICT JUDGE

5