# Protass Law PLLC

260 Madison Avenue
22nd Floor
New York, NY 10016

T: 212-455-0335
F: 646-607-0760
hprotass@protasslaw.com

April 25, 2022

VIA ECF

Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   United States v. Victor Rivera, Case No. 21-CR-221 (SHS)

Dear Judge Stein:

This firm represents defendant Victor Rivera in the referenced matter. This Court is scheduled to sentence Mr. Rivera on May 6, 2022. We have not yet received the final version of Mr. Rivera's Presentence Report from the U.S. Department of Probation. Additionally, we require additional time to prepare our sentencing submission on behalf of Mr. Rivera. We therefore write to respectfully request a short adjournment – two weeks – for Mr. Rivera's sentencing hearing. I have spoken with Assistant United States Attorney David Abramowicz, who has no objection to the instant adjournment request.

Thank you for your consideration and attention to this matter.

Respectfully submitted,

/s/

Harlan Protass

cc:   David Abramowicz, Esq. (via ECF)
      Assistant United States Attorney

      Sara Willette (via e-mail)
      U.S. Probation Officer