

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 11, 2020

**By Email**

Julia Kuan, Esq.
Romano & Kuan
100 Lafayette Street, Ste. 404
New York, NY 10013

    Re:   **Victor Rivera**

Dear Ms. Kuan:

    This letter will confirm our conversation of December 11 with respect to your client, Victor Rivera.



09.06.2013

[REDACTED]

Very truly yours,

AUDREY STRAUSS
Acting United States Attorney

By: _____
David Abramowicz / Tara La Morte
Assistant United States Attorneys

Agreed to:

_____    12/14/2020
Victor Rivera                      Date

_____    12/14/2020
Julia Kuan, Esq.                   Date
Attorney for Victor Rivera