# COMMUNITY 1ST DEMOCRATIC CLUB
## 55TH A.D
816 SARATOGA AVENUE
BROOKLYN, NEW YORK 11212
TEL: (718)781-2214 EMAIL: bro2brojones@aol.com

**Anthony T. Jones**                                                                              **Tracey A. Cashaw**
**State Committeeman**                                                           **President**

Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

March 10, 2022

Re: United States V. Victor Rivera, Case No. 21-CR-221 (SHS)

Dear Honorable Judge Stein,

I am Anthony T. Jones current State Committeeman and 5th Vice Chair of the Democratic Party of Kings County. I am a community activist as well. I graduated from Medgar Evers College with my Bachelor's in Public Administration. Like Mr. Rivera, before making these accomplishments, I was a troubled youth. After being turned over to then the New York State Division for Youth, it was then that my life of crime as a youth and my run in with the law, changed. Today, I consider myself and productive member of society. My life has been like Mr. Rivera's we are built on helping younger people and people overall who need second chances in life. Therefore, I write to you this letter on behalf of Mr. Victor Rivera. Your honor he is a man of integrity and his aim since I have known him, is to help people who are in need. Your honor, when my agency Urban Strategies lost their contract in 2017, I was worried about losing my job and becoming unemployed. That did not happen. I interviewed with Mr. Rivera, and he hired me. My worries and sleepless nights about being unemployed were over. Since 2017 I am still an employee with the Bronx Parent Housing Network because of Mr. Rivera.

We live in a society where things happen. Sometimes we do not make the best pick on friends and acquaintances or employees; however, because of our desire to help whenever and wherever we can, our choices are not always on point. When I found out that Mr. Rivera was no longer going to be the CEO of Bronx Parent Housing, my heart dropped. It dropped because I know how far this agency has come under his leadership and the vision he constantly talked about regarding where he wanted to lead us for the future. A big Dreamer!

Your honor, these crimes that he is accused of and his conviction has affected him, his family and those of us who love him and appreciate his contribution to both us and the community at large. I spoke personally to Mr. Rivera on more than once occasion. I wanted him to understand that many of us are concerned and care about what has happen to him. Mr. Rivera knows that anything he did that was inappropriate, he takes full responsibility for his actions. Mr. Rivera is not just anyone, he is a person that has helped people with their lives when others turn them away. He has helped so many people both men and women within the agency. I can honestly say that I have yet to hear even now people speaking negatively of him. I want to be honest with you Judge Stein, prior to Mr. Rivera being put into the New York Times, I was asked on many occasions to partake in this scheme against him. I did my best to

alert him of it, but he would always state that God will protect him. I personally knew the people involved who vowed to take Mr. Rivera down by any means. These were disgruntled employees that worked in high positions within the organization. When Mr. Rivera was arrested, one former employee involved in the plot texted my phone making mockery and stating that the chickens have come home to roost referring to Mr. Rivera. Shame, shame, Shame!  Your honor, putting a man like this behind bars is doing our community a disservice. I believe that locking him up is a waste of taxpayers' money. This man has immense talent, put him somewhere to work with our youth, the elderly, or within the homeless population in order that he may continue to help save lives and help those who need to hear his story and accomplishments. He is a trail blazer. Your honor, they just do not make them like Mr. Rivera anymore.

With Gods speed, again I humbly request that you be as compassionate towards him as he has been towards myself and so many more. His family is suffering from this onslaught. His friends hurt not knowing the outcome, and God truly knows what this all means and why he allowed this to happen to one of the best among us.

I pray that your mercy and compassion supersede your penalty. If I have, I learned anything in life, I have learned that everyone deserves a second chance.  I know about second chances because Mr. Rivera gave me one. Again, I pray that you will extend your mercy on him like you have never done before Judge Stein, Mr. Rivera is one who is truly worthy of your compassion.

Sincerely,

Anthony T. Jones
55th Assembly State Committeeman



Brownsville, Ocean hill, Bedstuy, East New York, Crown Heights, East Flatbush and Bushwick