Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

       Re: United States v. Victor Rivera, Case No. 21-CR-221 (SHS)

Dear Judge Stein:

Kindly accept this support letter on behalf of Mr. Victor Rivera. My name is Jenny Rivera Lozada, and although our last name is the same, we are not related to each other by blood, but our friendship and respect for each other more than makes up for not being related.

Victor and I have been involved in social services field for over 30 years. I first met Mr. Rivera in 2011, during my tenure as the Executive Site Director for a homeless men shelter operated by local non-for-profit organization. I have been a social worker for over 25 years, obtaining my master in Social Work with a specialization in Administration, Policy and Planning from Rutgers University School of Social Work.   I held various executive positions, including President of the Latino Social Work Coalition and Scholarship Fund in NYC. In addition, held top executive positions for non-for-profit organizations, both in New York and New Jersey. I have received various awards and accolades throughout my career, including the New York State Senate - Women of Distinguish award, Lifetime Achievement Award and many others.

Despite moving away from non for profit, my commitment to our communities continues. I am currently the Acquisition, Development and Compliance Officer for a private company with offices in New York, and North Carolina. Furthermore, I serve as the Senior Advisor to the New York State Cannabis Association for Minorities and Women Professional, with the goal to ensure that the Cannabis industry provides business opportunities for individuals who have historical been disfranchised or harmed by the war on drugs.

Victor and I may not share political views, but we certainly have the same commitment to our community, particularly our Latino Familia! We believe in the importance of elevating our people, whether is through services, prayer or providing opportunities to work, it has always been the same. Our approach may differ, but ultimately the end game was to ensure equal access to education, healthcare, employment and affordable housing, particularly here in New York. We also worked on projects in Puerto Rico, our native island, particularly after Hurricane Maria, which devasted the island of Puerto Rico's infrastructure and economy.

I recently went through an exceedingly difficult and public ordeal, that almost destroyed by professional career. It certainly broke my spirits and affected my commitment to my lifelong love of social service. I was disillusioned and broken in so many ways, and at times thought of just giving up. No one, no colleagues, no friends, even some family members, all walked away and still until this day have not reached out. Nonetheless, Victor was the only person that reached out and not only provided support and prayer, **but genuinely believed in me!!**  Despite going

through his own issues, he never once stopped talking or praying with me. He never judged me or asked about the allegations, which were all eventually cleared. In all my life I will never be able to repay his sincere kindness and continued respect for me. He never ostracized me, but rather reached out, always asking if I needed anything, food, work, water, things that we all take for granted. Victor never changed with me, and more importantly never ever expected anything back from me. This from a man who was being torn apart in the public media, and by the very same people he helped in so many ways. I am very much aware about his conviction and yet despite of it, one thing I am certain of, Victor takes full responsibility and wholeheartedly regrets what he has done.

As a young man Victor was involved with drugs and other petty crimes, yet was able to successfully turn his life around, completed his bachelor and master degrees. Victor founded one of the most successful Latino (x) non for profits organization in New York. Creating programs and services; hundreds of employment opportunities and housing for hundreds of individuals, children and families, who would otherwise suffer through inadequate and unsafe housing. Victor provided opportunities, not only for marginalized individuals like him trying to turn their lives around and become what we all strive to, productive members of our communities, but brought to the city effective programs and services, which continues today.

Victor's undying commitment to our marginalized communities is unconditional and quite honestly cannot be measured or compared to a mistake that undoubtedly cost his family, friends and career, and more importantly his legacy. This is a prison sentence that will undeniably be his crucifix that he will carry for the rest of his life.

I, therefore, implore your honor to be merciful, please consider Victor's commitment throughout his entire career in helping our people, our communities here in New York and in Puerto Rico. Quantify his positive actions versus his irresponsible mistakes. I, implore mercy for Victor!! Please consider what I have disclosed to you, and I ask that you be justice and fair during his sentence, and I sincerely thank you for taking the time to read my letter.


Respectfully submitted,


Jenny Rivera Lozada