

**OFFICE OF THE PRESIDENT**

March 14, 2022

Honorable Sidney H. Stein
United States District Court Southern District of New York
500 Pearl Street New York, NY 10007

Re: United States v. Victor Rivera, Case No. 21-CR-221 (SHS)

Dear Judge Stein:

This serves as a character reference letter of recommendation for Mr. Victor Rivera.

I have known Mr. Rivera for over 10 years. During that time, I can affirm that Victor has a great family. Victor is very honest, religious, and hard-working individual, with high moral values. I consider Mr. Rivera my true friend and am willing to assist him in endeavors he may want to follow in the future. I met Victor when a mutual friend of us introduced us. Victor, at the time, was the President/CEO of BPHN—a $3 million a year nonprofit organization. Thru hard work, Victor presided over a period of tremendous growth for BPHN. BPHN, with Victor's leadership, has committed to solve the housing problems in the Borough of the Bronx by transforming lives and creating holistic paths to permanent housing and employment for the borough's homeless population.

In my opinion, Victor has demonstrated to be a very capable and reliable member of their community. The U.S. would be well served by granting Victor leniency and allow him to be of service to the Bronx Community.

If you would like to contact regarding this personal reference letter, I can be reached at (917) 626-7498 or valenciaj122@yahoo.com.

Sincerely,

Jose Valencia, CPA
President
ASA College, Inc.

*Non scholae, sed vitae discimus!*

WWW.ASA.EDU | MIAMI.ASA.EDU

DOWNTOWN BROOKLYN
151 Lawrence Street
Brooklyn, NY 11201
Tel: 718-522-9073

MIDTOWN MANHATTAN
1293 Broadway/One Herald Center
New York, NY 10001
Tel: 212-672-6450

HIALEAH
530 West 49th Street
Hialeah, FL 33012
Tel: 786-279-2643