March 28, 2022

Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   United States v. Victor Rivera, Case No. 21-CR-221 (SHS)

Dear Judge Stein:

I am submitting this letter on behalf and in support of Victor Rivera.
My name is Reverend Deborah McKeever. I am a retired employee of the City of
New York Department of Human Resources. My last position as a City employee was
as the Deputy Director of Housing Services, HIV/AIDS Services Agency (H.A.S.A.).
I was transferred to H.A.S.A in July, 2006 and took on various duties as time pasted.
I have a B.A. from College of New Rochelle (1994), a M. A. from Queens College
(2000) and earned my Certificate of Ordination from One Spirit (2015). I retired from
City Service in 2016. I met Victor Rivera while working at H.A.S.A.

Victor Rivera was one of the housing providers that had a contract with the City of
New York to provide housing services for H.A.S.A clients. During my time working
with Victor, he was always cooperative and did whatever he could to house the client.
Victor Rivera was someone that I counted on to come through with a placement, and
he usually did. I also know that Victor was very involved with his church and went on
missionary trips. He was also active in the  community and would constantly talking
to me about finding and opening new emergency housing for women with children
and the LGBT community.

I know nothing about Victor's current situation. I believe I met his wife and can only
imagine how this is effecting her life and his. I know Victor Rivera to be a honest,
hard working man; trying to help others in his community and beyond.

Thank you Judge Stein for reading this letter and considering its contents.

Respectfully submitted,

Rev. Deborah McKeever