UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 21-Cr-221 (SHS) |
| -v- | : | ORDER |
| VICTOR RIVERA, | : | |
| Defendant. | : | |

--------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the sentencing in this matter scheduled for May 20 is adjourned to May 23, 2022, at 10:00 a.m.

Dated: New York, New York
       May 18, 2022

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.