```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

     -v.-                         :      ORDER OF
                                         RESTITUTION
VICTOR RIVERA,                    :
                                         21 Cr. 221 (SHS)
               Defendant.         :

- - - - - - - - - - - - - - - - - x
```

Upon the application of the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, David Abramowicz, Assistant United States Attorney, of counsel; the defendant's plea agreement; the presentence report; the defendant's conviction, following his plea of guilty, on Count One of the above Information; and all other proceedings in this case, it is hereby ORDERED that:

VICTOR RIVERA, the Defendant, shall pay restitution in the total amount of $902,269.23 to the following victim of the offense charged in Count One:

        BRONX PARENT HOUSING NETWORK, INC.
        488 E. 164th Street
        Bronx, NY 10456

Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further

order of this Court.

Dated:   New York, New York
         May 23, 2022

_____
THE HONORABLE SIDNEY H. STEIN
UNITED STATES DISTRICT JUDGE