UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

   -v.-

VICTOR RIVERA,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

**AMENDED ORDER OF RESTITUTION**

21 Cr. 221 (SHS)

Upon the application of the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, Tara LaMorte, Assistant United States Attorney, of counsel; the defendant's plea agreement; the presentence report; the defendant's conviction, following his plea of guilt on Count One of the above Information; and all other proceedings in this case, it is hereby ORDERED that:

**1. Amount of Restitution**

VICTOR RIVERA, the defendant, shall pay restitution in the total amount of $902,269.23, pursuant to 18 U.S.C. § 3663A to the following victim of the offense charged in Count One:

        BRONX PARENT HOUSING NETWORK, INC.
        488 E. 164th Street
        Bronx, NY 10456

Upon advice of a change of victim's address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

    **A.**    **Joint and Several Liability**

The Defendant's $902,269.23 restitution obligation for Count One shall be joint

and several, in full, with the restitution imposed against co-defendant Sheina Levin in *United States v. Sheina Levin*, No. 21 Cr. 221 (SHS), and against co-defendant Fernando Rodriguez in *United States v. Fernando Rodriguez*, No. 20 Cr. 174 (SHS). The defendant's liability to pay restitution shall continue unabated until either the defendant has paid the full amount of restitution ordered herein, or the victim listed in paragraph 1 has recovered the total amount of its loss from the restitution paid by the defendant and all co-defendants ordered to pay the same victim.

**2.   Schedule of Payments**

Pursuant to 18 U.S.C. § 3664(f)(2), in consideration of the financial resources and other assets of the defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the defendant; and any financial obligations of the defendant; including obligations to dependents, the defendant shall pay restitution in the manner and according to the schedule that follows:

**A.** The defendant will commence monthly installment payments of at least 15 percent of the defendant's gross income.

This schedule is without prejudice to the Government taking enforcement actions, pursuant to 18 U.S.C. § 3613, to the extent warranted.

**3.   Payment Instructions**

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt. Checks and money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required

by 18 U.S.C. § 3611. The defendant shall write his name and the docket number of this case on each check or money order.

**4.   Change in Circumstances**

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

**5.   Term of Liability**

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

Dated:   New York, New York
         July 1, 2024

_____
THE HONORABLE SIDNEY H. STEIN
UNITED STATES DISTRICT JUDGE