UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

VICTOR RIVERA,

Defendant.

21-cr-221 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

Victor Rivera has moved for appointment of counsel to assist him in connection with his petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2255. (Dkt. No. 113).

IT IS HEREBY ORDERED that:

1.    The CJA attorney on duty today, Michael W. Martin (212-636-6934), is appointed to represent the defendant pursuant to the Criminal Justice Act regarding his petition for a writ of habeas corpus (Dkt. No. 111);

2.    Rivera shall file any memorandum of law and other documents supporting his petition by April 10, 2026;

3.    The government shall file any responsive submission by May 8, 2026; and

4.    The Clerk of Court is directed to mail a copy of this Order to Victor Rivera, 22 Dickens Street, Stony Point, NY  10980.

Dated:  New York, New York
        February 13, 2026

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.