LINCOLN SQUARE LEGAL SERVICES, INC.    | Fordham University School of Law    | Tel 212-636-6934
                                        | 150 West 62nd Street, Ninth Floor   | Fax 212-636-6923
                                        | New York, NY 10023

April 8, 2026

**Via ECF**
The Honorable Sidney H. Stein    **MEMO ENDORSED**
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:    *United States v. Victor Rivera*, **21-CR-0221 (SHS)**

Your Honor:

We write on behalf of Mr. Victor Rivera, to whom this Court appointed us as counsel and requested us to submit supplemental papers supporting his petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2255 by April 10, 2026. (Dkt. 114). With the government's consent, we write to request a three-week extension of this deadline to obtain additional information regarding the matter and to discuss alternative dispositions with Mr. Rivera. This is our first request for a deadline extension. The new schedule would be:

- Mr. Rivera's Supplemental Papers Due May 1, 2026
- Government's Responsive Papers Due May 29, 2026

Thank you for your attention to this matter.

Respectfully submitted,
/s/
Michael W. Martin
Ian Weinstein
Lincoln Square Legal Services, Inc.
*Attorneys for Mr. Rivera*

cc:    Emily Deininger
       Assistant United States Attorney
       Southern District of New York
       **By ECF & Email**

**The schedule as set forth above is granted.** *No further adjournments.*

**Dated: New York, New York**
**April 9, 2026**

**SO ORDERED:**

_____
**Sidney H. Stein, U.S.D.J.**