LINCOLN SQUARE LEGAL SERVICES, INC.    |  Fordham University School of Law    |  Tel  212-636-6934
 |  150 West 62nd Street, Ninth Floor    |  Fax 212-636-6923
 |  New York, NY 10023

April 30, 2026

**Via ECF**
The Honorable Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

## MEMO ENDORSED

Re:    *United States v. Victor Rivera*, **21-CR-0221 (SHS)**

Your Honor:

     We were appointed by this Court to represent Mr. Victor Rivera in this action pursuant to 28 U.S.C. § 2255.  In order to meet our professional obligations to our client, we are constrained to make this untimely application for a 10-day extension of the current filing deadline, Friday, May 1, 2026.  This is our second request for an adjournment and comes with the government's consent.  The new schedule would be:

- Mr. Rivera's Supplemental Papers Due May 11, 2026
- Government's Responsive Papers Due June 8, 2026

Thank you for your attention to this matter.

Respectfully submitted,
/s/
Michael W. Martin
Ian Weinstein
Lincoln Square Legal Services, Inc.
*Attorneys for Mr. Rivera*

cc:    Leslie Arffa
      Assistant United States Attorney
      Southern District of New York
      **By ECF & Email**

**The defendant's request for a new schedule as set forth above is granted.**

**Dated: New York, New York**
     **May 4, 2026**

**SO ORDERED:**

Sidney H. Stein, U.S.D.J.